# APRIL TERM, 1876.

## Mary A. McBride v. William J. Rea and others.

*Chancery appeals: Testimony taken in open court: Settling case: Motion to dismiss: Practice.* Motion by complainant and appellee to dismiss appeal for the reason that no case had been settled, the testimony having been taken in open court, is denied where the evidence having been taken by the stenographer, the court below has certified up, though after the expiration of the statutory period, what is stated in the certificate to be the whole evidence; but the certificate failing to state that a case had been settled, leave is granted to complainant, if not satisfied with the proofs as returned, to have the case resettled.

*Heard and decided April 4.*

Appeal in Chancery from Superior Court of Detroit.

The testimony having been taken in open court, no case was settled, as required, within the period prescribed by the statute. Subsequently, however, at request of defendants and appellants, the judge of the court below certified up a transcript of the minutes of the stenographer who had taken down the testimony, as the whole evidence in the cause, but the certificate failed to state or show that a case had been regularly settled.

*Otto Kirchner*, for complainant, moved to dismiss the appeal for the reason that no case had been settled as required by the statute where the testimony is taken in open court.

*Charles C. Hickey*, for defendants.

THE COURT denied the motion, but granted leave to complainant, if not satisfied with the proofs as returned, to have the case resettled.